AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
    Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number:  8:02-CR-19-T-27EAJ |
| **CHERRY E. MOODY** | USM Number:  40115-018 |
| | Walter Ruiz AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) ___1, and 3 through 6___ of the term of supervision.

__X__ was found in violation of charge number(s) ___2___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to submit written monthly reports | February 5, 2008 |
| 2 | Failure to Report | February 12, 2008 |
| 3 | Failure to make restitution | January, 2008 |
| 4 | Failure to complete community service | January, 2008 |
| 5 | Failure to submit monthly income statement of hours worked and earnings | January, 2008 |
| 6 | Failure to submit receipts and financial information | January, 2008 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 23, 2008

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE: April 24th, 2008

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| **DEFENDANT:** CHERRY E. MOODY | **Judgment - Page** 2 of 2 |
| **CASE NUMBER:** 8:02-CR-19-T-27EAJ | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **FOURTEEN (14) MONTHS**

__X__ The Court makes the following recommendations to the Bureau of Prisons: The Court recommends the defendant be confined at Coleman.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m./ p.m. on _____.

   ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL